IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| SHARI R. WETHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:17-cv-00687-TBR |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Shari R. Wethington, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear its own fees and costs.

Respectfully submitted this 22nd day of February, 2018.

        HEMMINGER LAW OFFICE, PSC

        /s/ *David W. Hemminger*
        David W. Hemminger
        HEMMINGER LAW OFFICE, P.S.C.
        616 S. Fifth Street
        Louisville, KY 40202
        *Attorney for Plaintiff Shari R. Wethington*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kendall Carter
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

Sandra D. Jansen
Schuckit & Associates, PC.
4545 Northwestern Drive
Zionsville, IN 46077

                                             */s/ David W. Hemminger*
                                             David W. Hemminger