UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| SHARI R. WETHINGTON,<br>　　　　Plaintiff, | CASE NO. 3:17-cv-00687-TBR<br>**ELECTRONICALLY FILED** |
| vs. | Judge Thomas B. Russell |
| EQUIFAX INFORMATION<br>SERVICES, LLC and<br>TRANS UNION, LLC,<br>　　　　Defendants. | |

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF
AND TRANS UNION, LLC ONLY**

Plaintiff, Shari R. Wethington, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action. As such, Trans Union will not be participating in the March 2, 2018 Telephonic Scheduling Conference unless otherwise directed by the Court. Plaintiff and Trans Union will file a Stipulation And [Proposed] Order Of Dismissal With Prejudice shortly, once the settlement is consummated.

Respectfully submitted,

Date: <u>March 2 ,2018</u>  *s/ David W. Hemminger* (with consent)
David W. Hemminger
Hemminger Law Office, PSC
616 S. Fifth Street
Louisville, KY 40202
Telephone:  502-443-1060
Email: hemmingerlawoffice@gmail.com

*Counsel for Plaintiff, Shari R. Wethington*


Date: <u>March 2, 2018</u>   *s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (KY #93088)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **2nd day of March, 2018**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of March, 2018**, properly addressed as follows:

| None. | |
|---|---|

      *s/ Sandra Davis Jansen*
Sandra Davis Jansen, Esq. (KY #93088)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*