UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:17-CV-687-TBR

SHARI R. WETHINGTON                                                                                          PLAINTIFF

V.

TRANSUNION, LLC                                                                                                DEFENDANT

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

The telephonic conference set on 3/2/2018 is cancelled.

*Thomas B. Russell*

Thomas B. Russell, Senior Judge
United States District Court

March 2, 2018

cc: Counsel